UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ronald Brunson, ) | C/A No. 0:11-362-JFA-PJG |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| Derm McGainey, Director of Sumter Lee ) | |
| County Detention Center; and Chief David ) | |
| Thomas, Federal Bureau of Investigation, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The *pro se* plaintiff, Ronald Brunson, is a pretrial detainee at the Sumter Lee County Detention Center. He brings this action pursuant to 42 U.S.C. § 1983 contending that his constitutional rights have been violated by the defendants as a result of their alleged "threats" to him which have caused him to become sick. The plaintiff claims that internal monitoring devices were placed inside of him at the time of his birth and that this is how the FBI and CIA track him. He also contends that $42,000 in restitution payment were stolen from him outside of the detention center.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that the plaintiff's claims are frivolous and should be summarily dismissed. The Report sets forth in detail the relevant facts and standards of law on this

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

2

matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on March 2, 2011. However, the plaintiff failed to file objections. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, this action is dismissed without issuance and service of process due to frivolousness. The court also accepts the Magistrate Judge's recommendation that this case be deemed a "strike" for purposes of the "three strikes" rule of 28 U.S.C. Section 1915(g).

IT IS SO ORDERED.

April 21, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge